STEPHEN WASCO and Others, Individually, etc., Appellants, v. JOHN

KUBASEK, Respondent.— Interlocutory judgment affirmed, with costs. No opinion. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ:, concur.